UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CREE, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>FEIT ELECTRIC COMPANY, INC., FEIT ELECTRIC COMPANY, INC., (CHINA), UNITY OPTO TECHNOLOGY CO., LTD. & UNITY MICROELECTRONICS, INC.,<br><br>   Defendants. | C.A. No. 15-cv-22<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT FEIT ELECTRIC COMPANY, INC.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Feit Electric Company, Inc., states that it is a privately held company incorporated in California.  Feit Electric Company, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of Feit Electric Company, Inc.'s stock.

Dated:  March 27, 2015	Respectfully submitted,

	s/ Christopher R. Liro
	ANDRUS INTELLECTUAL PROPERTY LAW, LLP
	Christopher R. Liro (1089843)
	chris.liro@andruslaw.com
	100 East Wisconsin Avenue, Suite 1100
	Milwaukee, WI 53202
	Tel:  (414) 271-7590
	Fax:  (414) 271-5770

	Yitai Hu
	Yitai.Hu@alston.com
	ALSTON & BIRD LLP
	1950 University Avenue, 5th Floor
	East Palo Alto, CA 94303-2282
	Telephone: 650-838-2020
	Facsimile:  650-838-2001

	*Counsel for Defendant Feit Electric Company, Inc.*