UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CREE, INC.,<br><br>                Plaintiff,<br><br>  v.<br><br>FEIT ELECTRIC COMPANY, INC.,<br>FEIT ELECTRIC COMPANY, INC.,<br>(CHINA), UNITY OPTO TECHNOLOGY<br>CO., LTD. & UNITY<br>MICROELECTRONICS, INC.,<br><br>                Defendants. | C.A. No. 15-cv-22<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT FEIT ELECTRIC COMPANY, INC. (XIAMEN)'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Feit Electric Company, Inc. (Xiamen) states that Feit Electric Company, Inc. is the parent company of Feit Electric Company, Inc. (Xiamen), and that no publicly held corporation owns 10% or more of Feit Electric Company, Inc. (Xiamen)'s stock.

Dated:  March 27, 2015                                Respectfully submitted,

                                                          s/ Christopher R. Liro
ANDRUS INTELLECTUAL PROPERTY LAW, LLP
Christopher R. Liro (1089843)
chris.liro@andruslaw.com
100 E. Wisconsin Avenue, Suite 1100
Milwaukee, WI 53202
Tel:  (414) 271-7590
Fax:  (414) 271-5770

Yitai Hu
Yitai.Hu@alston.com
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303-2282
Telephone: 650-838-2020
Facsimile:  650-838-2001

*Counsel for Defendant Feit Electric Company, Inc. (Xiamen)*